AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | )  |
|---|---|
| v. | ) |
| EDUARDO PUENTE | ) Case No. SA-22-MJ-00238 |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of February 17, 2022 in the county of Bexar in the Western District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21/841(a)(1)&(b)(1)(A) & 18/922(g)(1) | Possession with Intent to Distribute 50 grams or more of Methamphetamine. Felon in Possession of a Firearm<br>PENALTIES:<br>10 years - life imprisonment,$10,000,000 fine, 5 years SR, $100 mandatory special assessment; Not more than 10 yrs, $250,000 fine, Not more than 3 yrs SR |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

MARONEY.LANDON.BLAKE.1273857970
Digitally signed by MARONEY.LANDON.BLAKE.1273857970
Date: 2022.02.17 16:19:42 -06'00'

*Complainant's signature*

Landon Maroney, Special Agent, FBI
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: 02/17/2022

*Judge's signature*

City and state: San Antonio, Texas      Richard B. Farrer, US Magistrate Judge
*Printed name and title*

SA-22-MJ-00238

# AFFIDAVIT

I, Special Agent Landon Maroney, being duly sworn, state under oath that:

I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been employed by the FBI for approximately two and a half years. I am currently assigned as a Federal Bureau of Investigations (FBI) Safe Streets Task Force Agent. Since becoming an agent, I have participated in numerous criminal investigations, including many involving organized criminal enterprises, violent gangs, kidnappings, extortion, bank robberies, drug trafficking, and crimes committed on military installations in the San Antonio area. Among other duties. I was assigned to the Kansas City Career Criminal Task Force investigating violent crimes, drug trafficking crimes, and firearms violations in the areas in and surrounding Kansas City, Missouri for Operation Legend.

1. From my participation in this investigation of the Martinez Criminal Enterprise, as well as from reviewing investigative reports and from discussions with other law enforcement officers, I have learned the following information:

2. I know from my previous training and experience that pursuant to Title 18, United States Code, Section 922(g)(1), It shall be unlawful for any person; who has been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year.

3. I am also aware pursuant to Title 21, United States Code, Section 841(a)(1), it shall be unlawful for any person knowingly or intentionally; to manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense, a controlled substance.

4. This Affidavit contains information necessary to support probable cause for this application. It is not intended to include every fact or matter observed by me or known by law enforcement. The information provided is based on my personal knowledge and observation during this investigation, information conveyed to me by other law enforcement officials, and my review of records, documents, and other physical evidence obtained during the investigation.

5. On February 17th, 2022, FBI Safe Streets Task force utilized a confidential human source (CHS) to conduct a third controlled narcotics purchase of one pound of methamphetamines from the same target and location. Once the call was made by the target to obtain narcotics, FBI Agents and Department of Public Safety Aircraft, positioned at PUENTE's residence, 5139 Village Lawn, San Antonio, Texas, 78218, observed PUENTE exit the residence carrying a white shoe box. PUENTE entered the

same black Mercedes observed on January 11th and January 28th 2022. Department of Public Safety Troopers and Criminal Investigation Division Agents attempted to conduct a vehicle traffic stop on PUENTE for the two outstanding warrants for his arrest. While executing the traffic stop , PUENTE pulled in between two buildings and exited the Mercedes. PUENTE took off running while the Department of Public Safety Troopers and Agents pursued him. During the foot pursuit, Department of Public Safety Agents saw PUETNE toss a Ruger .357 revolver that was later recovered. PUENTE was also able to place a phone call to have someone pick him up around the pursuit area. PUENTE was able to jump into a Red Chevrolet Silverado. After PUENTE jumped into the Chevrolet Silverado, Department of Public Safety Troopers and Agents were able to catch up to the Silverado and execute a traffic stop. The Silverado pulled over, and the Department of Public Safety Troopers and Agents were able to take PUENTE into custody. Once PUENTE was in custody, Department of Public Safety Troopers and Agents conducted a search of PUENTE where Department of Public Safety Troopers and Agents located a key chain with a key for 5139 Village Lawn, San Antonio, Texas, 78218.  Department of Public Safety Troopers and Agents also conducted a search incident to an arrest of the Mercedes, where the white shoe box that was seen previously contained eight small bags of suspected methamphetamine and another bag of a black tar substance suspected to be heroin.

6. PUENTE is a convicted felon, with two outstanding Texas arrest warrants. PUENTE's criminal history includes; evading arrest in a vehicle (2014), Possession of a controlled substance (2005), Possession of a controlled substance (2006), resisting arrest (2003), Evading arrest (2002), theft of property $1500-$20,000 (1997), Burglary of a building (1996), and Re-entry of a deported alien (2009).

7. Based on my training and experience, I am aware that the Ruger .357 collected during PUETNE's arrest was not manufactured in Texas, and thus must have traveled interstate. I am further aware that convicted felons are prohibited from possessing firearms.

   Based on the above facts, your affiant believes there is probable cause that Eduardo Puente (YOB 1977) committed the offenses of possession of a firearm by a convicted felon 18 U.S.C. § 922(g)(1); and 21 U.S.C. § 841(a)(1) that it is unlawful for any person knowingly or intentionally; to manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense, a controlled substance

The aforementioned violations occurred in the City of San Antonio, County of Bexar, Texas, located in the Western District of Texas.

MARONEY.LANDON.BLAKE.1273857970
Digitally signed by MARONEY.LANDON.BLAKE.1273857970
Date: 2022.02.17 16:20:05 -06'00'

LANDON MARONEY
Special Agent, Safe Streets Task Force
Federal Bureau of Investigation

Subscribed to and sworn to telephonically on this ___17___ day of February, 2022.

RICHARD FARRER
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF TEXAS